REQUEST FOR COURT ACTION / DIRECTION

**08CRIM 806**

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE (21 USC SECTION 841 (a)(1))</u>. |
| | | ORIGINAL SENTENCE: <u>Sixty (60) MONTHS IMPRISONMENT; FOUR (4) YEARS OF SUPERVISED RELEASE</u> |
| FROM | Veronica Casanova<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>THE DEFENDANT SHALL PAY ANY SPECIAL ASSESSMENT, FINE, AND/OR RESTITUTION THAT IS IMPOSED BY THIS JUDGEMENT. THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCESS TO ANY REQUESTED FINANCIAL INFORMATION. THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM OF TESTING AND TREATMENT FOR SUBSTANCE ABUSE, AS DIRECTED BY THE PROBATION OFFICER, UNTIL SUCH TIME AS THE DEFENDANT IS RELEASED FROM THE PROGRAM BY THE PROBATION OFFICER. THE DEFENDANT SHALL NOT POSSESS A FIREARM OR DESTRUCTIVE DEVICE AND SHALL RESIDE IN A RESIDENCE FREE OF FIREARMS AND DESTRUCTIVE DEVICES. THE DEFENDANT SHALL SUBMIT TO WARRANTLESS SEARCH AND SEIZURE OF PERSON AND PROPERTY AS DIRECTED BY THE PROBATION OFFICER, TO DETERMINE WHETHER THE DEFENDANT IS IN POSSESSION OF FIREARMS AND/OR ILLEGAL SUBSTANCES.</u> |
| | | AUSA: To be Determined |
| RE: | MUGIB TEJAN<br>Docket # <u>7:02CR00003-001</u> | |



DATE OF SENTENCE:   06/14/2002

DATE:   August 15, 2008

ATTACHMENTS:   PSI ___   JUDGMENT <u>X</u>   PREVIOUS REPORTS ___
VIOLATION PETITION ___

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION <u>X</u>

---

**ASSIGNMENT FOR TRANSFER OF JURISDICTION**

Mugib Rahaman Tejan was sentenced by the Honorable James C. Turk, United States District Court Judge in the Western District of Virginia. He was released from Virginia State Correctional Facility on March, 3, 2008. Inasmuch as Tejan will reside in the metropolitan New York City area and will continue to reside here during the balance of his supervision, a Transfer of Jurisdiction is sought.

TEJAN, MUGIB - 2 - 35998/VC

We have enclosed the Probation 22, Transfer of Jurisdiction forms received from the Western District of Virginia who are in agreement with the transfer. We are requesting that a Judge be assigned as soon as possible.

                                              Respectfully submitted,

                                              Chris J. Stanton
                                              Chief U.S. Probation Officer

By:    *Veronica Casanova* (signature)
           Veronica Casanova
           U.S. Probation Officer
           212-805-5190

Approved By:   *Enid Febus (PO)* (signature)  8/15/08
                 Enid Febus                       Date:
                 Supervising U.S. Probation Officer
                 (212) 805 - 5074